UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE** |
| -against- | |
| Diamonte Galloway | 19-MJ-9892-UA |
| Defendant(s). | |

-----------------------------------------------------------------X

Defendant Diamonte Galloway hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐ Initial Appearance Before a Judicial Officer

☒ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☒ Guilty Plea/Change of Plea Hearing

☐ Bail/Detention Hearing

☐ Conference Before a Judicial Officer - Assignment of Counsel


*Diamonte Galloway*
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Diamonte Galloway
Print Defendant's Name

[signature]
Defendant's Counsel's Signature

Benjamin Gold
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

9/4/20
Date

U.S. District Judge/U.S. Magistrate Judge