UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA

v.

Diamonte Galloway
            Defendants.
-------------------------------------------------------------x

**RESCHEDULING ORDER**

20 CR 458 (PMH)

**Sentencing in this matter has been rescheduled to March 3, 2021 at 11:00a.m in courtroom 520 at the White Plains Courthouse.**

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. The questionnaire is located on the Court's Completing the questionnaire online and ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: January 5, 2021          SO ORDERED:

_____
Philip M. Halpern, U.S.D.J